Case 2:21-cv-00191   Document 20   Filed on 03/30/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 30, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DANIEL ADAME, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00191 |
| | § | |
| PETSMART LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO REMAND THIS CASE TO STATE COURT

On March 15, 2022, United States Magistrate Judge Jason B. Libby issued a "Memorandum and Recommendation to Remand this Case to State Court" (M&R, D.E. 19). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 19), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the

Magistrate Judge. Accordingly, Defendant's Motion to Strike (D.E. 17) is **DENIED,** Plaintiff's Motion for Leave to Amend is **GRANTED**, and Plaintiff's Motion to Remand (D.E. 11) is **GRANTED**. Consequently, the Unopposed Motion to Amend Scheduling Order is **DENIED** as moot. This action is **REMANDED** to the County Court at Law No. 4 of Nueces County, Texas.

ORDERED on March 30, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE